1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD WASHINGTON, JR.,

            Petitioner,

        v.

TIM VIRGA, Warden,

            Respondent.

_____

) Case No. CV 08-5306 DOC(JC)
)
)
)
) ORDER ADOPTING FINDINGS,
) CONCLUSIONS, AND
) RECOMMENDATIONS OF
) UNITED STATES MAGISTRATE
) JUDGE
)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the parties' briefs regarding the statute of limitations, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

      IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice as time-barred.

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on petitioner and on

3   counsel for respondent.

4        LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6        DATED: January 30, 2011

7

8        _David O. Carter_____

9        HONORABLE DAVID O. CARTER
         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28