1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WASHINGTON, JR., | Case No. CV 08-5306 DOC(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| TIM VIRGA, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice as time-barred.

DATED: January 30, 2011

_/s/ David O. Carter_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE